Case 4:20-cr-00359   Document 1   Filed on 08/18/20 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
**FILED**

*August 18, 2020*

David J. Bradley, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § § | **CRIMINAL NO.**   4:20-cr-359 |
| **TERRY GATLIN** | | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Assaulting, Resisting, or Impeding Certain Officers or Employees by Physical Contact
18 U.S.C. §111(a)(1) and (b)

On or about June 5, 2020, in the Houston Division of the Southern District of Texas,

TERRY GATLIN,

defendant herein, did voluntarily and intentionally and by force, assault, resist, oppose, impede, intimidate, and interfere with an employee of the United States Postal Service, an agency of the United States government, while said employee was engaged in her official duties, and the commission of said acts involved physical contact with the employee, causing the infliction of bodily injury to the employee, and were done with the intent to commit another felony, that is, Robbery of Mail Matter, in violation of Title 18, United States Code, Section 2114(a), as alleged in Count Two of this Indictment.

In violation of Title 18, United States Code, Sections 111(a) and (b).

COUNT TWO

Robbery of Mail Matter
Title 18, United States Code, § 2114(a)

On or about June 5, 2020, in the Houston Division of the Southern District of Texas,

TERRY GATLIN,

defendant herein, did assault Janell Dawson, a person having lawful charge, custody, and control of mail matter and other property of the United States, with the intent to rob, steal and purloin said mail matter and other property of the United States, and in doing so the defendant TERRY GATLIN did wound said person.

In violation of Title 18, United States Code, Section 2114(a).

A TRUE BILL:

Original Signature on File
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

BY:  _____
CARRIE WIRSING
Assistant United States Attorney